1 | Jerry J. Deschler, Jr., SBN 21569
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California  95814
(916) 341-0404
(916) 341-0141
deschlej@jacksonlewis.com

Attorneys for Defendant
TJ MAXX OF CA, LLC

Lynn Hubbard, III, SBN 69773
Scottlynn J. Hubbard, IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, California  95926
(530) 895-3252 - Office
(530) 894-8244 – Fax
USDCCentral@Hubslaw.com

Attorneys for Plaintiff
SHERI WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE,<br><br>        Plaintiff,<br><br>    vs.<br><br>TJ MAXX OF CA, LLC dba TJ MAXX #0837; ROBERT W. DEWEY; DELORES DEWEY; NICHOLAS A. SPENO, TRUSTEE of the SPENO COMMUNITY PROPERTY REVOCABLE TRUST DATED JULY 10, 2000; DIANE M. SPENO, TRUSTEE of the SPENO COMMUNITY PROPERTY REVOCABLE TRUST DATED JULY 10, 2000,<br><br>        Defendants. | **CASE NO: 2:10-CV-02467-WBS-KJM**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TJ MAXX OF CA, LLC TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:       Oct. 1, 2010<br>Current response date:  Oct. 22, 2010<br>New response date:      Nov. 19, 2010 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

1

Pursuant to Local Rule 144, it is hereby stipulated by and between Plaintiff Sherie White ("Plaintiff") and Defendant TJ Maxx of CA, LLC ("Defendant"), through their respective counsel, that Defendant TJ Maxx of CA, LLC shall have twenty-eight (28) days, or until November 19, 2010, to respond to Plaintiff's Complaint. Defendant's response to Plaintiff's Complaint is currently due October 22, 2010.

Dated: October ____, 2010          JACKSON LEWIS LLP


                                    By: /s/_____
                                        Jerry J. Deschler, Jr.

                                        Attorneys for Defendant
                                        TJ MAXX OF CA, LLC


Dated: October ____, 2010          DISABLED ADVOCACY GROUP, APLC


                                    By: _____
                                        Lynn Hubbard, III
                                        Scottlynn J. Hubbard, IV

                                        Attorneys for Plaintiff
                                        SHERI WHITE

IT IS HEREBY ORDERED.

DATED: October 22, 2010

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE