2467Jerry J. Deschler, Jr., SBN 21569
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California  95814
(916) 341-0404
(916) 341-0141
deschlej@jacksonlewis.com

Attorneys for Defendant
TJ MAXX OF CA, LLC

Lynn Hubbard, III, SBN 69773
Scottlynn J. Hubbard, IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, California  95926
(530) 895-3252 - Office
(530) 894-8244 – Fax
USDCCentral@Hubslaw.com

Attorneys for Plaintiff
SHERI WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE,<br><br>          Plaintiff,<br><br>     vs.<br><br>TJ MAXX OF CA, LLC dba TJ MAXX #0837; ROBERT W. DEWEY; DELORES DEWEY; NICHOLAS A. SPENO, TRUSTEE of the SPENO COMMUNITY PROPERTY REVOCABLE TRUST DATED JULY 10, 2000; DIANE M. SPENO, TRUSTEE of the SPENO COMMUNITY PROPERTY REVOCABLE TRUST DATED JULY 10, 2000,<br><br>          Defendants. | **CASE NO: 2:10-CV-02467-WBS-KJM**<br><br>**STIPULATION TO FURTHER EXTEND THE TIME FOR DEFENDANT TJ MAXX OF CA, LLC TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:          Oct. 1, 2010<br>Current response date:   Nov. 19, 2010<br>New response date:         Dec. 10, 2010 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

1

1. It is hereby stipulated by and between Plaintiff Sherie White ("Plaintiff") and Defendant TJ Maxx of CA, LLC ("Defendant"), through their respective counsel, that Defendant TJ Maxx of CA, shall have an additional twenty-one (21) days, or until December 10, 2010, to respond to Plaintiff's Complaint.

2. The parties have previously submitted a stipulation under Local Rule 144 to extend the time for Defendant to respond to the initial complaint.

3. However, the parties have begun to engage in settlement discussions and Defendant would like the opportunity to attempt to resolve the case prior to being required to submit a response to the complaint.

Therefore, the parties have stipulated to and jointly request that the Court approve an additional extension of time for Defendant to respond to the initial complaint.

Dated: November ____, 2010            JACKSON LEWIS LLP

                                      By: /s/Jerry S. Deschler, Jr.
                                          Jerry J. Deschler, Jr.

                                      Attorneys for Defendant
                                      TJ MAXX OF CA, LLC

Dated: November ____, 2010            DISABLED ADVOCACY GROUP, APLC

                                      By: _____
                                          Lynn Hubbard, III
                                          Scottlynn J. Hubbard, IV

                                      Attorneys for Plaintiff
                                      SHERI WHITE

1  IT IS HEREBY ORDERED.

2

3  DATED:   November 19, 2010

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4848-1652-1736, v.  1

**STIPULATION TO FURTHER EXTEND THE TIME FOR DEFENDANT TJ MAXX OF CA, LLC TO RESPOND TO INITIAL COMPLAINT**